**Quincy NERI, Plaintiff–Appellant,**

v.

**Melinda MONROE, et al., Defendants–Appellees.**

**No. 14–1524.**

United States Court of Appeals, Seventh Circuit.

Submitted June 30, 2014.*

Decided July 1, 2014.

Quincy M. Neri, Madison, WI, pro se.

* This successive appeal has been submitted to the original panel under Operating Procedure 6(b). After examining the briefs and the record, we have concluded that oral argument is unnecessary. See Fed. R.App. P. 34(a); Cir. R. 34(f)

Timothy M. Barber, Attorney, Axley Brynelson, David J. Pliner, Attorney, Corneille Law Group, Madison, WI, Cathleen Anne Dettmann, Attorney, Haley Palmersheim Middleton, WI, for Defendants–Appellees.

Before WILLIAM J. BAUER, Circuit Judge, FRANK H. EASTERBROOK, Circuit Judge, MICHAEL S. KANNE, Circuit Judge.

**Order**

The judgment is affirmed, substantially for the reasons given by the district court.